UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR 17 2007
APR 17, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

KENNETH BOWDRY

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

ROGER E. WALKER JR.
KEVIN Ochalla
TERRY Mc Cann

07CV2135
Case JUDGE PALLMEYER
(To MAG. COLE

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: KENNETH BOWDRY

   B. List all aliases: NONE

   C. Prisoner identification number: 20060092370

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002 Chicago IL 60608 AFTER 4-10-07 4906 W Potomac Chicago IL 60651

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Roger E Walker, Jr

   Title: Director

   Place of Employment: Illinois Department of Correction

   B. Defendant: Kevin Ochalla

   Title: Lawyer

   Place of Employment: Cook County Public Defender

   C. Defendant: Terry McCann

   Title: Warden

   Place of Employment: Statevill C.C.

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X) NO ( )

C. If your answer is YES:

1. What steps did you take?

I sent THe counselor 4 leTTeRs
I sent THe GRievance officer 2 leTTeRs

2. What was the result?

THe counselor sent me a memo no Action Taken
GRievance officer dos not Have The Power To Take Action.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
NO

D. If your answer is NO, explain why not: THe GRievance officer leTTeR Told me There was a mistake on THe miTTimus and only THe court can change iT.

3

E. Is the grievance procedure now completed? YES ( ) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO (X)

G. If your answer is **YES**:

    1. What steps did you take?

    2. What was the result?

H. If your answer is **NO**, explain why not: Statevill Did not Have THe Power To change THe mittimus only THe counT can change it.

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: NONE

B. Approximate date of filing lawsuit: NONE

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

D. List all defendants: NONE

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NONE

F. Name of judge to whom case was assigned: NONE

G. Basic claim made: NONE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NONE

I. Approximate date of disposition: NONE

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**V. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On may 5 of 2005 I was sentenced to 2½ years a class 3 Felony But There was a mistake on the mittimus it said a class 2 Felony which is impossable a class 2 cares a minmum of 3 years. I saw the misstake in september. At the time Kevin OcHalla form The cook county Public Defenders office was my Lawyer I showed Him the mistake I was on a write from statevill He said he wood File a Petition of Habeas Corpus for me But when I saw Him in noumber He tole me He Forgot and I wrote letters from sep to Dec to the counselo D. Luce the Grievane officer T. Garcia and The warden of statevill.cc. I have attached most of the letters and memos from The staff at statevill and The mittimus the memo from the grievance officer T. Garcia said statevill des not have the power to change the mittimus only the court can that I need to have my lawyer get a clarification

corrected mittimus my max out Date was 9-5-06 I was Relesed 12-1-06. 85 Days Pass my max out Date. The class 2 Felony Had my max out Date 9-5-07.

VI. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOOD like THE couRT To Award me $100.00 DAllERS a DAY for 85 DAYS $8,500.00 DAllERS for pain and SuffERing Thank you for your Time

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of __4__, 20 _07_

_____
(Signature of plaintiff or plaintiffs)

KENNETH BOWDRY
(Print name)

2006 009 2370
(I.D. Number)

P.O. Box 089002 CHicago Il 60608 aftER 4-10-07 4906 W. Potomac cHicago Il 60651 (773) 287-8888
(Address)

IN THE CIRCUIT COURT OF COOK COUNTY

PEOPLE OF THE STATE OF ILLINOIS )  CASE NUMBER    05CR0020301
              V.                     )  DATE OF BIRTH   05/30/63
KENNETH   BOWDRY              )  DATE OF ARREST  12/07/04
Defendant                         IR NUMBER 0593418   SID NUMBER 022997440

## ORDER OF COMMITMENT AND SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | Class |
|---|---|---|---|---|
| 001 | 720-5/24-1.1(A) | FELON POSS/USE FIREARM PR | YRS. 002 MOS. 06 | 2 |

and said sentence shall run concurrent with count(s) ___ ___ ___ ___

___ _____ _____ YRS. ___ MOS. ___ ___
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

___ _____ _____ YRS. ___ MOS. ___ ___
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

___ _____ _____ YRS. ___ MOS. ___ ___
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

___ _____ _____ YRS. ___ MOS. ___ ___
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

On Count ___ defendant having been convicted of a class ___ offense is sentenced as a class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ___ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of 0150 days as of the date of this order

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case number(s) _____
AND: consecutive to the sentence imposed under case number(s) _____

_____

IT IS FURTHER ORDERED THAT THE DEFENDANT IS MITT TO ISSUE..... _____

_____

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED   MAY 05, 2005        ENTERED   ENTER: 05/05/05
                                        TIME ___ AM/PM

CERTIFIED BY  L WILSON        Judge Vincent Gaughan
             DEPUTY CLERK       Dorothy Brown, Clerk of the Circuit Court, Criminal Division   JUDGE: GAUGHAN, VINCENT   1553
GCPL 05/05/05 14:32:16      Deputy Clerk Signature

                                                                                         CCG N305

NRC J 204

## ILLINOIS DEPARTMENT OF CORRECTIONS
### COMMITTED PERSON'S GRIEVANCE

**Date:** 10-19-06
**Committed Person (Please Print):** KENNETH Bowdry
**ID#:** 1565760
**Present Facility:** Stateville RMC
**Facility where grievance issue occurred:** Stateville

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): MSR DATE
- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** To Grievance officer I jest wrote you 1st letter 2 day ago at the time I did not have a grievance so I'm jest writeing this grievance to go with the letter to make it a officiale report I will shake a brief summary of the letter I wrote from 10-05 to 10-07 I wrote counselor 3 letters about my MSR Date of 9-5-06. The counselor wrote me a letter on 10/10/06 that saide I was sentenced to 2 1/2 on a class 2 felony. as a counselor you woud think that they woud know a class 2 felony carress a sentence of no less than 3 year so that woud make it impossible

**Relief Requested:** For me to have a class 2 felony so woud you put this grievance with my letter Thank You.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Kennell Bowdry
Committed Person's Signature   K65760   10/19/06
                                ID#      Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:



**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker, Jr.
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

# MEMORANDUM

DATE: Bowdry K65760

TO: 10-23-06

FROM: T. Garcia, Corr. Couns. II
Grievance Office

SUBJECT: **ATTACHED GRIEVANCE -**

*[Handwritten notes:]*
*#1. What I highlighted may be why it is a class 2.*
*2. I spoke to Jacksonville Records the mitt does say class 2.*
*3. You would have to write your lawyer to get clarification/corrected mitt through the courts.*

The attached grievance is being returned for the following reason:

\_\_\_\_\_ It needs to be rewritten and submitted to your counselor on the attached Committed Person's Grievance Report.

\_\_\_\_\_ It was not filed within 60 days of discovery of the incident, occurrence, or problem which gives rise to the grievance as required in DR 504F, Grievance Procedures for Committed Persons.

__X__ Issue needs to be discussed with your counselor for possible resolution.

__X__ No issue outlined in grievance.

\_\_\_\_\_ It appears that no attempt has been made to resolve the issue as required by DR 504F.

\_\_\_\_\_ Issue is currently being reviewed by \_\_\_\_\_

\_\_\_\_\_ Issue previously addressed. No justification for further action.

\_\_\_\_\_ Other:        \_\_\_\_\_ Forward to Administrative Review Board

GS:tc

cc:   file

**State of Illinois**                                           **Memo**

RJ 204

To: Bowdry, K. K65760       Date: 10/11/06

From: D. LUCE C.C.

Dept: _____

Re: _____

- [ ] Take Necessary Action
- [ ] For Your Approval
- [ ] Reply
- [ ] For Your Comments
- [x] For Your Information
- [ ] Draft (Letter)(Memo) For My Signature
- [✓] Per Your Request
- [ ] See Me About Attached
- [ ] Return
- [ ] File
- [ ] Route

**Remarks:**

You were sentenced to 2 years and 6 months on a Class 2 felony on 5/5/05.

Your MSR date is 9/5/05 you discharge from parole on 9/5/07.

IL 001-0001 (1/80)

**To:** GRIEVANCE OFFICER
**Street:** NRC J 204

**From:** KENNETH BOUDRY
**Number:** K65760

I have to write this letter because there are no GRIEVANCE on my wing I officer Did his best I wood like to start by letting you know That I wrote The counselor 3 letter to D. LUCE The counselor Response Does not Resolve my Concerns. I was sentenced To 2 1/2 years I DOC a Class 3 Felony carress 1 year Parole my parole was up 9-5-06 Thay Have me as a class 2 Felony with 2 years parole and That is Impossible a Class 2 Felony carress a sentence no less than 3 years so it wood be Impossible of me to have a class 2. you wood Think The counselor wood know this so I sent the counselor The Illinois sentencing 720 ILCS 5/24-1.1 in a letter The letter came back unopened. I went to court 10-18-06 my lawyer is sending papper to Speical services and I need Help from Law Library To File a writ of Habeas corpus and Law suit I wrote the Law library and Legal Service and got no help can you Help me or can you send this letter to Prisoner Review Board and can you send me a GRIEVANCE Form. I wood like to Thank you for you Time on this matter

*[signature: Kenny Boudry]*

P.S

Heans a copy of 720 I wood like it Back

Thank you / my lawer is KEVIN OCHALLA COOK COUNTY PUBLIC DEFENDER (773) 869-3217.

STA 0050 (Rev. 12/03)

Stateville

Counselor my Name is KENNETH BOWDRY K65760

I was Sentenced To 2½ years IDOC a Class 3 Felony it carres 1years parole my parole was up 9-2-06 Thay Have me as a Class 2 Felony with 2 years parole which is Imposorble a Class 2 Felony carres no less Than A 3 year sentenc so it is Imposerole for me to Have a class 2 Felony my parole was up 9-2-06 I was sentenced To a class 3 Felany 2½ year 1 year parole.

Thank you                                    10-19-06

*[signature]*

Il Law  CRiMiNAL OFFENSES  720 ILCS 5/24-1.1
Pages 425-426

---

To              Stateville                    From
Counselor             KENNETH BOWDRY K65760

Street *was*
I Sentenced To 2½ years IDOC a Class 3 Felony
City            State            Zip Code
it Carres 1 year Parole My Parole was up 9-2-06 Thay Have me as a class 2 Felony whith 2 yers parole whitch is Impossble class 2 Felonys carres no less Than 3 year sentence so it is Imposebot for me To Have a class 2 Felony, my parole was up 9-2-06 I was sentenced To a class 3 Felony 1 year parole.

Thank you                    10-17-06

CRiMiNAL OFFENSES    720 ILCS 5/24-1.1    page 425-426

Ill Law

Counselor: Stateville

My name is KENNETH BOWDRY K65760
10-12-06

I was sentenced to 2½ years IDOC a class 3 Felony it carres 1 year parole my parole was up 9-2-06 They Have me as a class 2 Felony with 2 years parole which is Impossicle a class 2 Felony carres no less than a 3 year sentenc so it is Impossable for me to Have a class 2 Felony My parole was up 9-2-06 I was sentenced To a class 3 Felony 2½ year 1 year parole.

Thank You

[signature]

IL Law Criminal Offenses 720 5/24-1.1 pages 425-426

---

To D. LUCE. CC Stateville C.C. From
Street: Counselor     My name is KENNETH BOWDRY
City: K65760                              10-5-06

I was sentenced to 2½ years IDOC. a class 3 Felony it carres 1 year parole my parole was up 9-2-06 They Have me as a class 2 Felony with 2 years parole which is Impossible a class 2 Felony carres no less then a 3 year sentenc so it wood Be Impossable for me to Have a class 2 Felony my parole was up 9-2-06 I was sentenced To a class 3 Felony 2½ years 1 year parole.

IL Law Criminal Offenses 720 ILCS
Thank you  5/24-1.1 page 425 and 426

[signature]